# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McAllen Division

UNITED STATES OF AMERICA
V.
**Jozeline GARCIA**
YOB: 2003
COC: United States

United States Courts
Southern District of Texas
FILED
*June 04, 2022*
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**
Case Number: M-22-1109-M

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about **June 4, 2022** in **STARR** County, in the **Southern** District of **Texas** defendant(s) did,

knowing and willfully make a materially false statement to a United States official, by claiming a false identity and citizenship for a minor whose entry was attempted to be further into the United States,

in violation of Title **18** United States Code, Section(s) **1001**

I further state that I am a(n) **Customs and Border Protection Officer** and that this complaint is based on the following facts:

On June 4, 2022, Jozelin GARCIA, a United States citizen, arrived via pedestrian lane at the Roma, Texas Port of Entry to make entry to the United States from Mexico and attempted to transport into the United States through the Roma, Texas Port of Entry one undocumented alien child (male, age 7 months), actual Mexican Citizen, by presenting him as United States citizen with a Texas birth certificate, through means of document false statement. In order to deceive United States Customs and Border Protection officers, the defendant presented a Texas birth certificate bearing the name A.C.Jr., date of birth 02/02/2022, at pedestrian lane. The defendant and child were referred to secondary and, during secondary inspection, the defendant freely admitted that she attempted to smuggle the child, with true identities J.J.O.A., into the United States, from the Roma, Texas Port of Entry to Roma, Texas, by presenting a Texas birth certificate while knowing that J.J.O.A. was an undocumented alien child. The defendant further stated that she knew that J.J.O.A. did not have legal status to be in or enter the United States, but the defendant admitted to having agreed to transport J.J.O.A. into the United States for private financial gain. The defendant claimed to have knowingly made these false claims and statements to the CBP officers to attempt to further the minor's illegal entry into the United States.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Approved By AUSA: **M. Phelps**

Submitted by reliable electronic means, sworn to & attested to telephonically per Fed.R.Cr.P. 4.1, & probable cause found on

**June 4, 2022**   @ 2:11 p.m.
Date
**J. Alaniz**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer

at

*s/ Mario E. Canales*
Signature of Complainant
**Mario E. Canales**            CBPO-Enforcement
Printed Name of Complainant
**McAllen, Texas**
City and State

Signature of Judicial Officer